

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00107-CV

| | | |
|---|---|---|
| KRAIG PEPPER, D.O., Appellant | § | On Appeal from the 236th District Court |
| V. | § | of Tarrant County (236-311119-19) |
| | § | March 16, 2023 |
| JUAQUAETTA WILSON, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Kraig Pepper, D.O. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel